**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**Atlanta Division**

| | | |
|---|---|---|
| IAN BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-05027-SDG-JKL |
| | ) | |
| HAPPY MONEY INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ian Bruce and Defendant Happy Money, Inc., hereby stipulate to the dismissal of the above-captioned action, with prejudice, with each party to bear its own costs, fees and expenses, including attorneys' fees.

Dated:  April 24, 2026                    Respectfully submitted,

IAN BRUCE                                  HAPPY MONEY, INC.

By Counsel                                 By Counsel

 */s/ Ian Bruce*                            */s/ Joelle C. Sharman*
Ian Bruce                                  Joelle C. Sharman (GA Bar No. 637931)
267 Langley Drive, #1267                   O'HAGAN MEYER
Lawrenceville, Georgia 30046               3500 Lenox Road, Suite 1500
Telephone: (562) 739-5206                  Atlanta, Georgia 30326
Ianbruce.me@gmail.com                      Telephone:  (770) 891-0213
                                           jsharman@ohaganmeyer.com

*Pro Se*

Charles K. Seyfarth
(admitted *pro hac vice*)
O'HAGAN MEYER
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone:  (804) 403-7137
cseyfarth@ohaganmeyer.com

*Counsel for Happy Money, Inc.*